No. A–1194 (72–1418). SENDAK, ATTORNEY GENERAL OF INDIANA *v.* DILLIN, U. S. DISTRICT JUDGE. C. A. 7th Cir. Application for stay of order of U. S. District Court for the Southern District of Indiana, dated March 19, 1973, denied.

No. A–1196 (72–6862). BROWN *v.* UNITED STATES. C. A. 4th Cir. Application for stay of mandate presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. 72–6753. HYDE *v.* CRAVEN, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 72–6555. PARKER *v.* UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 72–6608. RICE *v.* BOURBON CIRCUIT COURT, PARIS, KENTUCKY. Motion for leave to file petition for writ of mandamus denied.

No. 72–1035. ROGERS *v.* LOETHER ET AL. C. A. 7th Cir. Motion to dispense with printing respondents' brief and petition for writ of certiorari granted. Case set for oral argument with No. 72–6041 [*Pernell* v. *Southall Realty,* certiorari granted, 411 U. S. 915].

No. 72–1322. BRADLEY ET AL. *v.* SCHOOL BOARD OF THE CITY OF RICHMOND ET AL. C. A. 4th Cir. Certiorari granted. MR. JUSTICE MARSHALL and MR. JUSTICE POWELL took no part in the consideration or decision of this petition.